IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.: 10-mj-00008-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JODY B. COUNTS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED: March 09, 2010

Sentencing Hearing set for May 10, 2010 at 11:00 a.m. is **VACATED** and rescheduled to June 14, 2010 at 11:00 a.m.

## Certificate of Mailing

I hereby certify that on March 10, 2010, a true and correct copy of the foregoing Minute Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Wyatt Angelo
Michelle Heldmyer
Assistant United States Attorneys
400 Rood Avenue, Suite 220
Grand Junction, CO 81502

Jody Counts
4325 V 2/10 Road
De Beque, CO 81630

*By U.S. Mail*

*Hand Delivered*

By: _____
Assistant to Magistrate Judge